## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 Reynard A Grossi
                    **Petitioner**                          **CIVIL ACTION**

                V.                                          **NO. 1:05-CV-11522 NMG**


 David Nolan
                    **Respondent**


## O R D E R

 Nathaniel M Gorton   D. J.


        Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of
this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas
Corpus by mailing copies of the same, certified mail, to the Respondent AND the
Attorney General for the Commonwealth of Massachusetts, Attention:   Pamela
Hunt, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA
02108.

        It is further ordered that the Respondent shall, within 20 days of receipt of
this Order, file an answer (or other proper responsive pleading) to the Petition for
Writ of Habeas Corpus.

        This Court further requests the Respondent, as part of the return, to file
such documents which reflect on the issue as to whether Petitioner(s) exhausted
available state remedies with respect to the matters raised by the Petition.


 7/20/05                                  **/s/ Nathaniel M Gorton**
     **Date**                            **United States District Judge**

                                I hereby certify on            that the
                                foregoing document is true and correct copy of the
                                ☐  electronic docket in the captioned case
                                ☐  electronically filed original filed on_____
**(2254 Service Order.wpd - 12/98)**    ☐  original filed in my office on_____    **[2254serv.]**
                                    Sarah A. Thornton
                                    Clerk, U.S. District Court
                                    District of Massachusetts

                                By:_____
                                Deputy Clerk