UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| REYNARD A. GROSSI,<br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID NOLAN,<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11522-NMG |

## MEMORANDUM AND ORDER

GORTON, D.J.

On June 14, 2005 Petitioner Reynard A. Grossi filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state court conviction. By separate Order dated July 20, 2005, the Respondent has been directed to file a response to the petition.

Accompanying the petition was a receipt/purchase slip from MCI Walpole indicating that Petitioner has withdrawn $5.00 from his prison account in order to pay the filing fee for this action. To date, however, the Court has not received the $5.00 fee.

Accordingly, Petitioner is ORDERED to pay the filing fee within forty-two (42) days of the date of this Order, or notify the Court if he is unable to do so and state the reasons for his inability to pay the fee. Petitioner is advised that failure to comply with this directive may result in dismissal of this action.

Dated: August 9, 2005　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　　　　　　　NATHANIEL M. GORTON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE