UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REYNARD A. GROSSI,<br><br>    Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br><br>    Respondent, | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11522- G<br>)<br>)<br>)<br>)<br>)<br>) |

### PETITIONER'S MOTION FOR ENLARGEMENT OF TIME

Petitioner Reynard A. Grossi respectfully submits this Motion for Enlargement of Time and cites the following reasons:

1. I am a pro-se prisoner in M.C.I.- Cedar Junction and have limited access to the law library and related materials.

2. I need sixty days to prepare and draft my response and paperwork properly prepared for filing with this honorable court.

3. I anticipate no further delays or extensions with this matter.

Respectfully Submitted,

Dated: September, 18, 2005

Reynard A. Grossi, W-58492
P.O. Box 100
So. Walpole, MA. 02071

### CERTIFICATE OF SERVICE

I, Reynard A. Grossi, do hereby certify that I have served a copy of the foregoing upon the Attorney for David Nolan by U.S. Mail on this 18th day of 2005.

Reynard A. Grossi