# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 JUL -6 P 2: 50
U.S. DISTRICT COURT
DISTRICT OF MASS

REYNARD A. GROSSI,
PETITIONER,

V.

CIVIL ACTION NO. 05-11522-NMG

DAVID NOLAN,
RESPONDENT,

## PETITIONER'S MOTION TO VOLUNTARILY DISMISS HIS UNEXHAUSTED CLAIMS

Petitioner Reynard A. Grossi hereby moves that Claims One (misstatement of facts) and Three (violation of due process) of his petition for a Writ of Habeas Corpus be voluntarily dismissed and that this Honorable Court now proceed with Claim Two of his petition with respect to the Self-Defense claim in accordance with Memorandum and Order entered on May 26, 2006.

# Certificate Of Service

I HEREBY CERTIFY THAT I SERVED THE ENCLOSED DOCUMENT TO THE OFFICE OF THE CLERK VIA REGULAR U.S. MAIL ON JULY 5, 2006 TO THE UNITED STATES COURTHOUSE, ONE COURTHOUSE WAY, SUITE 2300, BOSTON, MA. 02210.

*Reynard Grossi*
REYNARD A. GROSSI
PRO-SE
PETITIONER.