United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

FILED
ERKS OFFICE

2007 JAN 24  P 1: 30

U.S. DISTRICT COURT
DISTRICT OF MASS


REYNARD A. GROSSI,
    Petitioner

V.                    C.A. No. 05-11522-NMG

DAVID NOLAN,
    Respondent

_____


Dear Sir/Madam,

    At your earliest convenience would you please send me a "status report and a copy of my docket entries" in the above entitled action.
    I thank you in advance for your time and concern on this matter.


                                      Respectfully

                                      Reynard A. Grossi

cc. File