UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REYNARD A. GROSSI,<br><br>            Petitioner<br><br>    v.<br><br>DAVID NOLAN,<br><br>            Respondent | Civil Action<br>No. 05-11522-NMG |

**ORDER**

In response to this Court's order of May 6, 2006 (Docket No. 15), the petitioner filed a motion to dismiss voluntarily his unexhausted claims (Docket No. 16). Rather than re-file his motion to dismiss as suggested in the Court order, the respondent chose to file a memorandum in opposition to the petition for writ of habeas corpus (Docket No. 17).

The Court chooses to treat that memorandum as a motion to dismiss the petition on the merits. If petitioner wishes to oppose that motion, he will file his opposition thereto on or before March 2, 2007.

**So Ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: February 9, 2007