UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Reynard Grossi,**
           **Petitioner**

      **V.**

**David Nolan,**
           **Respondent**

CIVIL ACTION

NO.  05-11522-NMG

Order of Dismissal
March 7, 2007

Gorton, D. J.

In accordance with the Courts allowance of Respondents memorandum of law (Docket No. 17), it is hereby Ordered petition Dismissed.

Approved,

/s/ Nathaniel M. Gorton,
**United States District Judge**

By the Court,

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)                            [odism.]